# ELECTRONIC RECORD

COA # <u>03-12-00781-CR</u>    OFFENSE: <u>22.021</u>

STYLE: Alejandro John Garcia v. The State
<u>of Texas</u>    COUNTY: <u>Williamson</u>

COA DISPOSITION: <u>AFFIRMED</u>    TRIAL COURT: <u>368th District Court</u>

DATE: <u>12/11/14</u>    Publish: <u>NO</u>   TC CASE #: <u>11-216-K368</u>

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Alejandro John Garcia v. The State
<u>of Texas</u>    CCA #: <u>**099-15**</u>

<u>*APPELLANT'S*</u> Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

<u>*REFUSED*</u>    JUDGE: _____

DATE: <u>04/22/2015</u>    SIGNED: _____    PC: _____

JUDGE: <u>/s/ Lumon</u>    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**